# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 8, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143663(45)

JOSEPH PALETTA and SHELLY PALETTA,
      Plaintiffs-Appellees,

v

OAKLAND COUNTY ROAD COMMISSION,
      Defendant-Appellant,

and

SUPREME SWEEPING SERVICES, INC.,
      Defendant.
_____

SC: 143663
COA: 298238
Oakland CC: 2008-093717-NO

On order of the Chief Justice, the motion by the County Road Association of Michigan for leave to file a brief *amicus curiae* in this case is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 8, 2012

_____
Clerk